■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REYNALDO MORALES, Appellant. [616 NYS2d 253] —Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Tomei, J.), imposed May 6, 1993.

Ordered that the sentence is affirmed *(see, People v Kazepis,* 101 AD2d 816). Mangano, P. J., Balletta, Ritter, Santucci and Goldstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN PETERS, Appellant. [616 NYS2d 248] —Appeal by the defendant from three judgments of the County Court, Suffolk County (Vaughn, J.), all rendered September 10, 1992, convicting him of robbery in the first degree (three counts), robbery in the second degree, and sexual abuse in the first degree under Indictment No. 1751/91, robbery in the first degree under Indictment No. 2942/91, and robbery in the first degree (two counts) and sexual abuse in the first degree under Indictment No. 82/92, upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Sullivan, J. P., Lawrence, Pizzuto, Joy and Goldstein, JJ., concur.